**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Action No. 21-cv-01256-RM-NYW

PENN-STAR INSURANCE COMPANY, a Pennsylvania corporation,

    Plaintiff,

v.

BUSINESS FUTURES, INC., a Colorado corporation, and
CHRISTOPHER MILLS, an individual,

    Defendants.

---

**ORDER**

---

This matter is before the Court on Plaintiff's Motion for Entry of Final Default Judgment (ECF No. 44). After Defendants were served with the Summons and Complaint and failed to respond, Plaintiff separately moved for entry of default as to each of them. The Clerk entered Orders of Default on August 13 and November 8, 2021 (ECF Nos. 29, 41), and neither Defendant has responded. For the reasons below, Plaintiff's Motion is granted.

**I.      LEGAL STANDARD**

"[E]ven after entry of default, the Court must decide whether the unchallenged facts create a legitimate basis for entry of a judgment." *Villanueva v. Acct. Discovery Sys., LLC*, 77 F. Supp. 3d 1058, 1066 (D. Colo. 2015) (quotation omitted). Although the Court has discretion to enter default judgment, strong policies favor resolution of disputes on their merits; therefore, it is generally appropriate "only when the adversary process has been halted because of an essentially unresponsive party." *Id.* at 1067 (quotation omitted).

As a threshold matter, the Court first finds that the jurisdictional prerequisites for granting default judgment are satisfied in this case. Plaintiff seeks a declaratory judgment that it has no duty to defend or indemnify Defendant Business Futures in an action brought by Defendant Mills arising out of an alleged assault. Defendants have presented no argument to the contrary, and the Court agrees with Plaintiff's contention that the plain language of the Assault and Battery General Liability Exclusion in the underlying insurance policy precludes such coverage. Accordingly, the Court finds the well-pleaded allegations in the Complaint constitute a legitimate basis for entry of a judgment, and Plaintiff is entitled to judgment in its favor.

Therefore, Plaintiff's Motion (ECF No. 44) is GRANTED, and the Clerk is directed to enter Final Default Judgment for Plaintiff.

DATED this 1st day of July, 2021.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge